JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
SAM S. PUATHASNANON (Cal. Bar No. 198430)
Email: puathasnanons@sec.gov
JENNIFER T. PURPERO (Cal. Bar No. 247976)
Email: purperoj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>APARTMENTS AMERICA, LLC; MICHAEL J. STEWART; JOHN J. PACKARD; and RANDALL A. SMITH,<br><br>Defendants. | Case No. SACV 12-754 DOC (ANx)<br><br>**FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST DEFENDANT RANDALL A. SMITH** |

1   The Securities and Exchange Commission having filed a Complaint and
2   Defendant, Randall A. Smith ("Smith"), having filed an answer to the Complaint;
3   consented to the Court's jurisdiction over Smith and the subject matter of this
4   action; consented to entry of this Judgment without admitting or denying the
5   allegations of the Complaint (except as to jurisdiction); waived findings of fact and
6   conclusions of law; and waived any right to appeal from this Judgment.

## I.

8   IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED
9   that Smith and Smith's agents, servants, employees, attorneys, and all persons in
10  active concert or participation with them who receive actual notice of this
11  Judgment by personal service or otherwise are permanently restrained and enjoined
12  from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act")
13  [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or
14  instruments of transportation or communication in interstate commerce or by use
15  of the mails, directly or indirectly:

16   (a)   to employ any device, scheme, or artifice to defraud;
17   (b)   to obtain money or property by means of any untrue statement
18  of a material fact or any omission of a material fact necessary in order to make the
19  statements made, in light of the circumstances under which they were made, not
20  misleading; or
21   (c)   to engage in any transaction, practice, or course of business
22  which operates or would operate as a fraud or deceit upon the purchaser.

## II.

24   IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED
25  that Smith and Smith's agents, servants, employees, attorneys, and all persons in
26  active concert or participation with them who receive actual notice of this
27  Judgment by personal service or otherwise are permanently restrained and enjoined
28  from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or

indirectly, in the absence of any applicable exemption:

    (a)    Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

    (b)    Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

    (c)    Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

### III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Smith and Smith's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, and any entity Smith owns or controls, are permanently restrained and enjoined from offering unregistered securities.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Smith is liable for a civil penalty in the amount of **$75,000** pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d).  Smith shall satisfy this obligation by paying **$75,000** to the Commission within 14 days after entry of this Final Judgment.

Smith may transmit payment electronically to the Commission, which will

3

provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account or by credit or debit card via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Smith may also pay by certified check, bank cashier's check, or United States postal money order payable to the Commission, which shall be delivered or mailed to

Enterprise Services Center

Accounts Receivable Branch

6500 South MacArthur Boulevard

Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Randall A. Smith as a Defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Smith shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Smith relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Smith.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

## V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Smith shall comply with all of the undertakings and agreements set forth therein.

## VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

## VII.

1    There being no just reason for delay, pursuant to Rule 54(b) of the Federal
2 Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and
3 without further notice.

5 Dated:  3/3/14                    _____*David O. Carter*_____
                                    HONORABLE DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE